**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICK RODRIGUEZ, JR., an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, NA, a National Association; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; HOMEWARD RESIDENTIAL, INC. FKA AMERICAN HOME MORTGAGE SERVICING, INC., a Delaware Corporation; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE THERETO; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO.: 12-cv-06309-JAK(AGRx)<br><br>Assigned to Hon. John A. Kronstadt<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>**JS-6**<br><br>Complaint Filed: July 23, 2012 |

**ORDER FOR DISMISSAL**

**IT IS HEREY ORDERED** that the foregoing case is dismissed with prejudice on this date per the terms of the parties Settlement Agreement.

**IT IS SO ORDERED.**

DATE: September 23, 2013

Hon. John A. Kronstadt
UNITED STATES DISTRICT JUDGE